**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Chisholm, | No. CV-19-08010-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is Plaintiff's Attorney's First Amended Motion for Attorney Fees Under 42 U.S.C. § 406(b). (Doc. 21).

Plaintiff's counsel seeks a total fee award of $45,313.50, equal to 25% of Plaintiff's $181,254.00 past-due benefits. (Doc. 21 at 13). Plaintiff's counsel's Motion addresses that the $181,254.00 award "appears to include the amount already determined as to Plaintiff's [auxillary benefits]," in the total amount of $61,912, "because Plaintiff's monthly benefit amounts do not support $181,254, unless Plaintiff's past-due benefits through Plaintiff's auxiliaries are also included."[1] (Doc. 21 at 2–3).

In the government's Notice of Award issued to Plaintiff, while noting that Plaintiff was entitled to a past-due benefit award in the amount of $181,254.00, the government purported to withhold 25 percent of Plaintiff's past-due benefits in the amount of $36,218.50. (Doc. 21-1 at 2). The Court notes that 25 percent of $181,254.00 is

---

[1] In Plaintiff's counsel's original Motion for Attorney Fees, Plaintiff's counsel estimated that Plaintiff's past-due benefit award was approximately $120,874 based on the fees withheld. (Doc. 20 at 2–3).

$45,313.50, not $36,218.50. It is not clear to the Court why the parties' calculations of the allotted attorney's fees are so different, and the Court cannot assess what a reasonable fee award is without further explanation from the government on the discrepancy in its Notice of Award to Plaintiff.

Therefore,

**IT IS ORDERED** that the government file a supplement within 7 days of this order addressing why the Notice of Award issued to Plaintiff withheld less than 25 percent of Plaintiff's past-due benefits in the amount of $181,254.00 for attorney's fees, and any other information regarding Plaintiff's past-due benefit award that will help the Court assess the reasonableness of Plaintiff's counsel's request for attorney's fees.

**IT IS FURTHER ORDERED** that Plaintiff may file a reply to the government's supplement within seven (7) days of service of that supplement on Plaintiff.

Dated this 4th day of April, 2022.

James A. Teilborg
Senior United States District Judge